CR418-260   FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2018 NOV -8  PM 3: 13

CLERK_____ TRB
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: |
| | ) | |
| v. | ) | FILED UNDER SEAL |
| | ) | |
| | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Possess with |
| | ) | Intent to Distribute and to |
| DAVID MCCLOSKEY, | ) | Distribute a Controlled |
|    a/k/a "LARCHMONT," | ) | Substance |
| MIKE PENFIELD, | ) | |
| NICK PENFIELD, | ) | 21 U.S.C. § 841(a)(1) |
|    a/k/a "PICNIC," | ) | Possession of Controlled |
| CODY PENFIELD, | ) | Substance with Intent to |
| ADAM CUSHMAN, | ) | Distribute |
|    a/k/a "CUSH," | ) | |
| DEVON AINES, | ) | 18 U.S.C. § 922(g) |
|    a/k/a "DEVON JOHNSON," | ) | Possession of a Firearm by |
| TREVOR AINES, | ) | Prohibited Person |
|    a/k/a "STICKS," | ) | |
| AVERY WIGGINS, | ) | 18 U.S.C. § 922(k) |
| TYLER SHUMAN, | ) | Possession of a Firearm |
| AARON MCCARTHY, | ) | with Obliterated Serial |
|    a/k/a "MUSTANG AARON," | ) | Number |
| DARREN J. DRIGGERS, | ) | |
|    a/k/a "EBAY," | ) | 18 U.S.C. § 924(c) |
|    a/k/a/ "DJ," | ) | Possession of Firearm in |
| CRYSTAL WILSON, | ) | Furtherance of Drug |
| CODY EUBANKS, | ) | Trafficking Crime |
| ROBERT FULLER, | ) | |
|    a/k/a "ROBBIE," | ) | 18  U.S.C. § 472 |
| BABY DWAYNE GARRISON, | ) | Possession and Concealment |
| JENNIFER J. GROOMS, | ) | of Counterfeit Obligations |
| MARCUS LOGAN-GRECO, | ) | |
| BRANDON CHAPMAN, | ) | 26 U.S.C. § 5861 |
| RONALD A. SMITH, | ) | Possession of Unregistered |
| | ) | Firearm |

KENNETH I. JENKS,                                   )
     a/k/a "JUNO,"                              )
DANIEL FLEMING,                                     )
     a/k/a "BABY BOY,"                          )
ANDREW P. CAMPOS,                                   )
     a/k/a "CHUBS,"                             )
RODNEY ROSE,                                        )
CODY TRACY,                                         )
     a/k/a "COJACK,"                            )
JOSHUA MCNELLY,                                     )
CYNTHIA MIRACLE,                                    )
DILLON MYRICK,                                      )
     a/k/a "COUNTRY CRACK,"                     )
AMBERLY KNIGHT,                                     )
     a/k/a "TINA TINKER,"                       )
KERI ANN-MARIE LEWIS,                               )
WAYLON JESSE HODGES,                                )
CHRISTINE LOGGINS,                                  )
WILLIAM FRANK DAVIS,                                )
     a/k/a "NITTY,"                             )
JOSEPH BRITT CARTER,                                )
     a/k/a "CRACK,"                             )
MAURICE L. GRAHAM,                                  )
     a/k/a "MOE,"                               )
MEAGAN M. JAMES,                                    )
     a/k/a "MEAGAN M. COOKE,"                   )
     a/k/a "AMANDA GAIL PAGE,"                  )
     a/k/a "MJ,"                                )
SHAWN HADDEN,                                       )
     a/k/a "SHORTY,"                            )
CHRISTOPHER HENDRIX,                                )
     a/k/a "HOT BOY,"                           )
     a/k/a "IRISH,"                             )
     a/k/a "CONOR MURPHY,"                       )
ELIZABETH KITCHENS,                                 )
     a/k/a "LIZ,"                               )
KERRI NEELY,                                        )
DAVID RAHN,                                         )
MIRANDA BURNSED,                                    )

a/k/a "MIRANDA HARRALSON," )
PATRICK KENNALLY,                          )
   a/k/a "SHIFTY," and                )
KIMBERLIN JOHNSON.                     )

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Conspiracy to Possess with Intent to Distribute and to*
*Distribute a Controlled Substance*
21 U.S.C. § 846

Beginning on a date at least as early as 2015 up to and including the return date of this indictment, the precise dates being unknown, in Bryan, Chatham, Effingham, Emmanuel, Evans, and Tattnall Counties, and others within the Southern District of Georgia, and elsewhere, the defendants,

DAVID MCCLOSKEY,
a/k/a "LARCHMONT,"
MIKE PENFIELD,
NICK PENFIELD,
a/k/a "PICNIC,"
CODY PENFIELD,
ADAM CUSHMAN,
a/k/a "CUSH,"
DEVON AINES,
a/k/a "DEVON JOHNSON,"
TREVOR AINES,
a/k/a "STICKS,"
AVERY WIGGINS,
TYLER SHUMAN,
AARON MCCARTHY,
a/k/a "MUSTANG AARON,"
DARREN J. DRIGGERS,
a/k/a "EBAY,"
a/k/a/ "DJ,"

CRYSTAL WILSON,
CODY EUBANKS,
ROBERT FULLER,
a/k/a "ROBBIE,"
BABY DWAYNE GARRISON,
JENNIFER J. GROOMS,
MARCUS LOGAN-GRECO,
BRANDON CHAPMAN,
RONALD A. SMITH,
KENNETH I. JENKS,
a/k/a "JUNO,"
DANIEL FLEMING,
a/k/a "BABY BOY,"
ANDREW P. CAMPOS,
a/k/a "CHUBS,"
RODNEY ROSE,
CODY TRACY,
a/k/a "COJACK,"
JOSHUA MCNELLY,
CYNTHIA MIRACLE,
DILLON MYRICK,
a/k/a "COUNTRY CRACK,"
AMBERLY KNIGHT,
a/k/a "TINA TINKER,"
KERI ANN-MARIE LEWIS,
WAYLON JESSE HODGES,
CHRISTINE LOGGINS,
WILLIAM FRANK DAVIS,
a/k/a "NITTY,"
JOSEPH BRITT CARTER,
a/k/a "CRACK,"
MAURICE L. GRAHAM,
a/k/a "MOE,"
MEAGAN M. JAMES,
a/k/a "MEAGAN M. COOKE,"
a/k/a "AMANDA GAIL PAGE,"
a/k/a "MJ,"
SHAWN HADDEN,
a/k/a "SHORTY,"

CHRISTOPHER HENDRIX,
a/k/a "HOT BOY,"
a/k/a "IRISH,"
a/k/a "CONOR MURPHY,"
ELIZABETH KITCHENS,
a/k/a "LIZ,"
KERRI NEELY,
DAVID RAHN,
MIRANDA BURNSED,
a/k/a "MIRANDA HARRALSON,"
PATRICK KENNALLY,
a/k/a "SHIFTY," and
KIMBERLIN JOHNSON,

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was to possess with intent to distribute and to distribute controlled substances in the Southern District of Georgia and elsewhere for financial gain, or profit, or status.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy for one or more members of the conspiracy to agree:

a.  to serve in different roles in the conspiracy.

b.  to associate with the Ghost Face Gangsters and other criminal organizations to aid in the distribution of controlled substances, for protection, and to promote a climate of fear.

c.  to possess firearms as tools of the drug trade in order to protect themselves, the drugs, and the proceeds made from the illegal drug distribution, and to retaliate against perceived threats against the organization.

d.  to use coded language to facilitate the drug trafficking operation.

e.  to keep other conspirators informed of activities, plan future transactions and share information about drug trafficking activity for the purpose of avoiding detection and ensuring the success of the criminal organization.

f.  to distribute controlled substances in interstate commerce.

All in violation of Title 21, United States Code, Section 841(a)(1), 846 and Title 18, United States Code, Section 2.

## COUNT TWO

*Possession with Intent to Distribute 5 Grams or More of Methamphetamine*
21 U.S.C. § 841(a)(1)

On or about October 6, 2015, in Bryan County, within the Southern District of Georgia, the defendants,

### RONALD A. SMITH and
### KENNETH I. JENKS, a/k/a "JUNO,"

each being aided and abetted by the other, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 6, 2015, in Bryan County, within the Southern District of Georgia, the defendant,

### RONALD A. SMITH,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Springfield Armory 1911, .45 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

8

## COUNT FOUR
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about October 6, 2015, in Bryan County, within the Southern District of Georgia, the defendant,

### RONALD A. SMITH,

then being a unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, a firearm, to wit: a Springfield Armory 1911, .45 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT FIVE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about October 6, 2015, in Bryan County, within the Southern District of Georgia, the defendant,

### RONALD A. SMITH,

did knowingly possess at least one firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, as charged in Count One of this Indictment, and Possession of a Controlled Substance with Intent to Distribute, as charged in Count Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIX

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 25, 2016, in Chatham County, within the Southern

District of Georgia, the defendant,

### NICK PENFIELD,
### a/k/a "PICNIC,"

did knowingly and intentionally distribute a quantity of methamphetamine, a

Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about October 27, 2016, in Effingham County, within the Southern

District of Georgia, the defendants,

**NICK PENFIELD,
a/k/a "PICNIC,"
JOSHUA MCNELLY, and
RODNEY ROSE,**

each being aided and abetted by the other, did knowingly and intentionally possess

with intent to distribute a quantity of methamphetamine, a Schedule II  controlled

substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18,

United States Code, Section 2.

12

## COUNT EIGHT

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about December 26, 2016, in Chatham County, within the Southern

District of Georgia, the defendant,

### NICK PENFIELD,
### a/k/a "PICNIC,"

did knowingly and intentionally possess with intent to distribute a quantity of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about January 23, 2017, in Bryan County, within the Southern District

of Georgia, the defendant,

### JOSEPH B. CARTER,
### a/k/a "CRACK,"

then being an unlawful user of a controlled substance as defined in Title 21, United

States Code, Section 802, did knowingly possess, in and affecting commerce, a

firearm, to wit, a Mossberg .22 caliber rifle, which had been transported in interstate

commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

14

## COUNT TEN
*Possession of Unregistered Firearm*
26 U.S.C. § 5861(d)

On or about January 23, 2017, in Bryan County, within the Southern District

of Georgia, the defendant,

### JOSEPH B. CARTER,
### a/k/a "CRACK,"

knowingly possessed a short-barreled Mossberg .22 caliber rifle, not registered to him

in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d) and

5871.

## COUNT ELEVEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about February 10, 2017, in Bryan County, within the Southern District

of Georgia, the defendant,

### JOSEPH B. CARTER,
### a/k/a "CRACK,"

then being an unlawful user of a controlled substance as defined in Title 21, United

States Code, Section 802, did knowingly possess, in and affecting commerce, a

firearm, to wit, a Jiminez .380 caliber pistol, which had been transported in interstate

commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT TWELVE

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 3, 2017, in Bryan County, within the Southern District of

Georgia, the defendant,

## TYLER SHUMAN,

did knowingly and intentionally distribute a quantity of methamphetamine, a

Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 20, 2017, in Bryan County, within the Southern District of

Georgia, the defendant,

### TYLER SHUMAN,

did knowingly and intentionally distribute a quantity of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

18

## COUNT FOURTEEN

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 23, 2017, in Bryan County, within the Southern District of

Georgia, the defendant,

### TYLER SHUMAN,

did knowingly and intentionally possess with intent to distribute 5 grams or more of

methamphetamine, a Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIFTEEN
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 7, 2017, in Chatham County, within the Southern District

of Georgia, the defendant,

### AARON MCCARTHY,
### a/k/a "MUSTANG AARON,"

did knowingly and intentionally possess with intent to distribute a quantity of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTEEN
*Possession with Intent to Distribute a Controlled Substance (Heroin)*
21 U.S.C. § 841(a)(1)

Beginning at a time unknown until on or about June 12, 2017, in Chatham

County, within the Southern District of Georgia, the defendant,

### AARON MCCARTHY,
### a/k/a "MUSTANG AARON,"

did knowingly and intentionally possess with intent to distribute a quantity of

heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT SEVENTEEN</u>
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about June 28, 2017, in Chatham County, within the Southern District

of Georgia, the defendant,

**DARREN JUNIOR DRIGGERS,**
**a/k/a "EBAY,"**
**a/k/a "DJ,"**

then being an unlawful user of a controlled substance as defined in Title 21, United

States Code, Section 802, did knowingly possess, in and affecting commerce, at least

one of the following firearms, to wit, a Beretta .40 caliber pistol, a Taurus 9mm pistol,

a Heritage Rough Rider .22 caliber rifle, all of which had been transported in

interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT EIGHTEEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about June 28, 2017, in Chatham County, within the Southern District of Georgia, the defendant,

## DARREN JUNIOR DRIGGERS,
### a/k/a "EBAY,"
### a/k/a "DJ,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, at least one of the following firearms, to wit: a Beretta .40 caliber pistol, a Taurus 9mm pistol, a Heritage Rough Rider .22 caliber rifle, all of which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINETEEN
*Possession and Concealment of Counterfeit Obligations*
18 U.S.C. § 472

That on or about July 19, 2017, in Brantley County, within the Southern District of Georgia, the defendant,

## TYLER SHUMAN,

with intent to defraud, did keep in his possession and conceal falsely made, forged and counterfeited obligations of the United States, which the defendants then knew to be falsely made, forged and counterfeited, to wit: 4 Federal Reserve Notes in the denominations of twenty dollars.

All done in violation of Title 18, United States Code, Section 472.

## COUNT TWENTY
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 20, 2017, in Bryan County, within the Southern District of

Georgia, the defendant,

### MIKE PENFIELD,

did knowingly and intentionally distribute a quantity of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-ONE

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 21, 2017, in Bryan County, within the Southern District of

Georgia, the defendant,

### ANDREW P. CAMPOS,
### a/k/a "CHUBS,"

did knowingly and intentionally distribute a quantity of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-TWO
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 24, 2017, in Bryan County, within the Southern District of

Georgia, the defendant,

### MIKE PENFIELD,

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

27

## COUNT TWENTY-THREE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

Beginning at a time unknown until on or about July 25, 2017, in Chatham

County, within the Southern District of Georgia, the defendant,

### ELIZABETH KITCHENS,

having been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Ruger,

.22 caliber rifle, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

28

## COUNT TWENTY-FOUR
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

Beginning at a time unknown until on or about July 25, 2017, in Chatham County, within the Southern District of Georgia, the defendant,

## ELIZABETH KITCHENS,

then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, a firearm, to wit, a Ruger, .22 caliber rifle, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT TWENTY-FIVE

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 31, 2017, in Bryan County, within the Southern District of

Georgia, the defendant,

### MIKE PENFIELD,

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-SIX

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 1, 2017, in Bryan County, within the Southern District of

Georgia, the defendant,

### MAURICE L. GRAHAM,
### a/k/a "MOE,"

did knowingly and intentionally possess with intent to distribute a quantity of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

31

## COUNT TWENTY-SEVEN
*Possession of Ammunition by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 1, 2017, in Bryan County, within the Southern District of

Georgia, the defendant,

### MAURICE L. GRAHAM,
### a/k/a "MOE,"

having been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess, in and affecting commerce ammunition, to wit: one

Remington-Peters 9mm round, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWENTY-EIGHT
*Possession of Ammunition by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about August 1, 2017, in Bryan County, within the Southern District of Georgia, the defendant,

### MAURICE L. GRAHAM,
### a/k/a "MOE,"

then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, ammunition, to wit: one Remington-Peters 9mm round, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

33

## COUNT TWENTY-NINE
*Possession and Concealment of Counterfeit Obligations*
18 U.S.C. § 472

On or about August 1, 2017, in Bryan County, in the Southern District of
Georgia, the defendant,

### MAURICE L. GRAHAM,
### a/k/a "MOE,"

with intent to defraud, did keep in his possession and conceal falsely made, forged
and counterfeited obligations of the United States, which the defendant then knew
to be falsely made, forged and counterfeited, to wit: 35 Federal Reserve Notes in the
denominations of five dollars, ten dollars, twenty dollars, fifty dollars and one
hundred dollars.

All done in violation of Title 18, United States Code, Section 472.

34

## COUNT THIRTY

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 2, 2017, in Chatham County, within the Southern

District of Georgia, the defendant,

## MIKE PENFIELD,

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 10, 2017, in Chatham County, within the Southern District of Georgia, the defendant,

### ANDREW P. CAMPOS,
### a/k/a "CHUBS,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, at least one of the following firearms, to wit: a Taurus 9mm pistol, and a CPX-2 9mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THIRTY-TWO
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about August 10, 2017, in Chatham County, within the Southern District of Georgia, the defendant,

## ANDREW P. CAMPOS,
## a/k/a "CHUBS,"

then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, at least one of the following firearms, to wit: a Taurus 9mm pistol, and a CPX-2 9mm pistol which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT THIRTY-THREE

*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 10, 2017, in Chatham, within the Southern District of

Georgia, the defendant,

### ANDREW P. CAMPOS,
### a/k/a "CHUBS,"

did knowingly and intentionally possess with intent to distribute a quantity of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-FOUR
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 10, 2017, in Chatham County, within the Southern District of Georgia, the defendant,

### ANDREW P. CAMPOS,
### a/k/a "CHUBS,"

did knowingly possess at least one firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, as charged in Count One of this Indictment, and Possession of a Controlled Substance with Intent to Distribute, as charged in Count Thirty-Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THIRTY-FIVE

*Distribution of Controlled Substance (Heroin)*
21 U.S.C. § 841(a)(1)

On or about August 21, 2018, in Chatham County, within the Southern

District of Georgia, the defendant,

## MIKE PENFIELD,

did knowingly and intentionally distribute a mixture and substance containing a

detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-SIX

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about August 25, 2017, in Bryan County, within the Southern District

of Georgia, the defendants,

### AMBERLY KNIGHT,
### a/k/a "TINA TINKER,"
### ROBERT FULLER and
### KERRI NEELY,

each being aided and abetted by the other, did knowingly and intentionally possess

with intent to distribute 5 grams or more of methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18,

United States Code, Section 2.

## COUNT THIRTY-SEVEN

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about October 12, 2017, in Chatham County, within the Southern

District of Georgia, the defendant,

## RODNEY ROSE,

did knowingly and intentionally distribute a quantity of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-EIGHT

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about November 16, 2017, in Effingham County, within the Southern

District of Georgia, the defendants,

**JOSHUA MCNEELY and,**
**SHAWN HADDEN,**
**a/k/a "SHORTY,"**

each being aided and abetted by the other, did knowingly and intentionally possess

with intent to distribute 5 grams or more of  methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 21,

United States Code, Section 2.

## COUNT THIRTY-NINE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 16, 2017, in Effingham County, within the Southern District of Georgia, the defendant,

### SHAWN HADDEN,
### a/k/a "SHORTY,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: Heckler and Koch .40 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FORTY
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about November 16, 2017, in Effingham County, within the Southern District of Georgia, the defendant,

### SHAWN HADDEN,
### a/k/a "SHORTY,"

did knowingly possess at least one firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, as charged in Count One of this Indictment, and Possession of a Controlled Substance with Intent to Distribute, as charged in Count Thirty-Eight of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FORTY-ONE

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about November 16, 2017, in Chatham County, within the Southern

District of Georgia, the defendant,

## JOSHUA MCNEELY,

did knowingly and intentionally possess with intent to distribute a quantity of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FORTY-TWO

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about December 3, 2017, in Effingham County, within the Southern

District of Georgia, the defendant,

### MARCUS LOGAN-GRECO,

did knowingly and intentionally possess with intent to distribute 5 grams or more of

methamphetamine, a Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

47

## COUNT FORTY-THREE

*Possession with Intent to Distribute a Controlled Substance (Heroin)*
21 U.S.C. § 841(a)(1)

On or about December 3, 2017, in Effingham County, within the Southern District of Georgia, the defendant,

## MARCUS LOGAN-GRECO,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FORTY-FOUR
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about December 3, 2017, in Effingham County, within the Southern District of Georgia, the defendant,

### MARCUS LOGAN-GRECO,

then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, at least one of the following firearms, to wit: a Bersa Thunder .22 caliber pistol, a Ruger .22 caliber pistol, a Taurus 9mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT FORTY-FIVE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about December 3, 2017, in Effingham County, within the Southern District of Georgia, the defendant,

## MARCUS LOGAN-GRECO,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, at least one of the following firearms, to wit: a Bersa Thunder .22 caliber pistol, a Ruger .22 caliber pistol, and a Taurus 9mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FORTY-SIX
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about December 3, 2017, in Effingham County, within the Southern District of Georgia, the defendant,

### MARCUS LOGAN GRECO,

did knowingly possess at least one firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, as charged in Count One of this Indictment, and Possession of a Controlled Substance with Intent to Distribute, as charged in Counts Forty-Two and Forty-Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FORTY-SEVEN

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about December 7, 2017, in Bryan County, within the Southern

District of Georgia, the defendant,

## CODY PENFIELD,

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FORTY-EIGHT

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about January 17, 2018, in Effingham County, within the Southern

District of Georgia, the defendant,

### SHAWN HADDEN,
### a/k/a "SHORTY,"

did knowingly and intentionally possess with intent to distribute a quantity of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FORTY-NINE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 17, 2018, in Effingham County, within the Southern District of Georgia, the defendant,

## SHAWN HADDEN,
## a/k/a "SHORTY,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, at least one firearm, to wit: an Imperial .22 short revolver and a Sig Sauer, 9mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIFTY
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about January 17, 2018, in Effingham County, within the Southern District of Georgia, the defendant,

### SHAWN HADDEN,
### a/k/a "SHORTY,"

did knowingly possess at least one firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, as charged in Count One of this Indictment, and Possession of a Controlled Substance with Intent to Distribute, as charged in Count Forty-Eight of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIFTY-ONE

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about January 31, 2018, in Tattnall County, within the Southern

District of Georgia, the defendant,

### MEAGAN M. JAMES,
### a/k/a "MEAGAN M. COOKE,"
### a/k/a "AMANDA GAIL PAGE,"
### a/k/a "MJ,"

did knowingly and intentionally possess with intent to distribute 5 grams or more of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIFTY-TWO

*Possession with Intent to Distribute a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about January 31, 2018, in Tattnall County, within the Southern

District of Georgia, the defendant,

### MEAGAN M. JAMES,
### a/k/a "MEAGAN M. COOKE,"
### a/k/a "AMANDA GAIL PAGE,"
### a/k/a "MJ,"

did knowingly and intentionally possess with intent to distribute a mixture and

substance containing a detectable amount marijuana, a Schedule I   controlled

substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

57

## COUNT FIFTY-THREE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about January 31, 2018, in Tattnall County, within the Southern District

of Georgia, the defendant,

### MEAGAN M. JAMES,
### a/k/a "MEAGAN M. COOKE,"
### a/k/a "AMANDA GAIL PAGE,"
### a/k/a "MJ,"

then being an unlawful user of a controlled substance as defined in Title 21, United

States Code, Section 802, did knowingly possess, in and affecting commerce, a

firearm, to wit: a Taurus 9mm pistol, which had been transported in interstate

commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

### COUNT FIFTY-FOUR
*Possession of a Firearm with an Obliterated Serial Number*
18 U.S.C. § 922(k)

On or about January 31, 2018, in Tattnall County, within the Southern District

of Georgia, the defendant,

### MEAGAN M. JAMES,
### a/k/a "MEAGAN M. COOKE,"
### a/k/a "AMANDA GAIL PAGE,"
### a/k/a "MJ,"

did knowingly possess, in and affecting commerce a firearm, to wit, a Taurus 9mm

pistol, which had been transported in interstate commerce, from which the

manufacturer's serial number had been removed, altered and obliterated.

All in violation of Title 18, United States Code, Section 922(k).

## COUNT FIFTY-FIVE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about January 31, 2018, in Tattnall County, within the Southern District

of Georgia, the defendant,

### MEAGAN M. JAMES,
### a/k/a "MEAGAN M. COOKE,"
### a/k/a "AMANDA GAIL PAGE,"
### a/k/a "MJ,"

did knowingly possess a firearm in furtherance of at least one drug trafficking crime

for which she may be prosecuted in a court of the United States, to wit, Conspiracy

to Possess with Intent to Distribute and to Distribute a Controlled Substance, as

charged in Count One of this Indictment, and Possession of a Controlled Substance

with Intent to Distribute, as charged in Count Fifty-Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIFTY-SIX

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 20, 2018, in Bryan County, within the Southern

District of Georgia, the defendant,

### MIRANDA BURNSED,
### a/k/a "MIRANDA HARRALSON,"

did knowingly and intentionally distribute 5 grams or more of methamphetamine, a

Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

61

## COUNT FIFTY-SEVEN

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about February 22, 2018, in Bryan County, within the Southern

District of Georgia, the defendant,

### MIRANDA BURNSED,
### a/k/a "MIRANDA HARRALSON,"

did knowingly and intentionally distribute a quantity of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIFTY-EIGHT

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 2, 2018, in Bryan County, within the Southern District of

Georgia, the defendants,

### CYNTHIA MIRACLE and
### JENNIFER J. GROOMS,

being aided and abetted by each other, did knowingly and intentionally distribute a

quantity of methamphetamine, a Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18,

United States Code, Section 2.

## COUNT FIFTY-NINE

*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 5, 2018, in Bryan County, within the Southern District of

Georgia, the defendants,

### CYNTHIA MIRACLE and
### MIRANDA BURNSED,
### a/k/a "MIRANDA HARRALSON,"

each being aided and abetted by the other, did knowingly and intentionally distribute

a quantity of methamphetamine, a Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title

18, United States Code, Section 2.

## COUNT SIXTY

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 17, 2018, in Chatham County, within the Southern

District of Georgia, the defendant,

## BRANDON CHAPMAN,

did knowingly and intentionally possess with intent to distribute 50 grams or more

of methamphetamine, a Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTY-ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about March 17, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

## BRANDON CHAPMAN,

then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, a firearm, to wit: a Charter Arms .32 caliber revolver, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT SIXTY-TWO
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about March 17, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

## BRANDON CHAPMAN,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Charter Arms .32 caliber revolver, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIXTY-THREE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about March 17, 2018, in Chatham County, within the Southern District

of Georgia, the defendant,

### BRANDON CHAPMAN,

did knowingly possess a firearm in furtherance of at least one drug trafficking crime

for which he may be prosecuted in a court of the United States, to wit, Conspiracy to

Possess with Intent to Distribute and to Distribute a Controlled Substance, as

charged in Count One of this Indictment, and Possession of a Controlled Substance

with Intent to Distribute, as charged in Count Sixty of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIXTY-FOUR
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about March 20, 2018, in Effingham County, within the Southern

District of Georgia, the defendant,

### MIRANDA BURNSED,
### a/k/a "MIRANDA HARRALSON,"

did knowingly and intentionally possess with intent to distribute a quantity of

methamphetamine, a Schedule II controlled substance, and a quantity of marijuana,

a Schedule I  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTY-FIVE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about April 16, 2018, in Bryan County, within the Southern District of

Georgia, the defendant,

### DANIEL FLEMING,
### a/k/a "BABY BOY,"

having been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith

and Wesson .38 caliber revolver, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIXTY-SIX

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 16, 2018, in Effingham County, within the Southern

District of Georgia, the defendant,

### DAVID L. MCLOSKEY,
### a/k/a "LARCHMONT,"

did knowingly and intentionally possess with intent to distribute 50 grams or more

of methamphetamine, a Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTY-SEVEN
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about April 16, 2018, in Effingham County, within the Southern District

of Georgia, the defendant,

### DAVID L. MCLOSKEY,
### a/k/a "LARCHMONT,"

did knowingly possess a firearm in furtherance of at least one drug trafficking crime

for which she may be prosecuted in a court of the United States, to wit, Conspiracy

to Possess with Intent to Distribute and to Distribute a Controlled Substance, as

charged in Count One of this Indictment, and Possession of a Controlled Substance

with Intent to Distribute, as charged in Count Sixty-Six of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIXTY-EIGHT
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about April 16, 2018, in Effingham County, within the Southern District of Georgia, the defendant,

### DAVID L. MCLOSKEY,
### a/k/a "LARCHMONT,"

then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, a firearm, to wit: a CCP 9mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

73

## COUNT SIXTY-NINE

*Distribution of Controlled Substance (Alprazolam, a/k/a "Xanax,")*
21 U.S.C. § 841(a)(1)

On or about May 17, 2018, in Effingham County, within the Southern

District of Georgia, the defendant,

### KIMBERLIN JOHNSON

did knowingly and intentionally distribute a quantity of alprazolam ("Xanax"), a

Schedule IV controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTY
*Distribution of Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 31, 2018, in Chatham County, within the Southern District

of Georgia, the defendant,

### ADAM R. CUSHMAN,
### a/k/a "CUSH,"

did knowingly and intentionally distribute a quantity of methamphetamine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTY-ONE

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 9, 2018, in Emmanuel County, within the Southern District of Georgia, the defendants,

**WILLIAM FRANK DAVIS,**
**a/k/a "NITTY," and**
**CHRISTINE LOGGINS,**

each being aided and abetted by the other, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVETY-TWO

*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about July 1, 2018, in Chatham County, within the Southern District

of Georgia, the defendant,

### TREVOR AINES,
### a/k/a "STICKS,"

did knowingly and intentionally possess with intent to distribute 5 grams or more of

methamphetamine, a Schedule II  controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

77

## COUNT SEVENTY-THREE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about July 1, 2018, in Chatham County, within the Southern District of

Georgia, the defendant,

### TREVOR AINES,
### a/k/a "STICKS,"

then being an unlawful user of a controlled substance as defined in Title 21, United

States Code, Section 802, did knowingly possess, in and affecting commerce, at least

one of the following firearms, to wit: a Smith and Wesson .38 caliber revolver, and a

Winchester 12 Gauge Shotgun, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT SEVENTY-FOUR
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 1, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

### TREVOR AINES,
### a/k/a "STICKS,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, at least one of the following firearms, to wit: a Smith and Wesson .38 caliber revolver, and a Winchester 12 gauge shotgun, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVENTY-FIVE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about July 1, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

### TREVOR AINES,
### a/k/a "STICKS,"

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, as charged in Count One of this Indictment, and Possession of a Controlled Substance with Intent to Distribute, as charged in Count Seventy-Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SEVENTY-SIX
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine and Heroin)*
21 U.S.C. § 841(a)(1)

On or about July 25, 2018, in Evans County, within the Southern District of

Georgia, the defendant,

### CHRISTOPHER HENDRIX,
### a/k/a "HOT BOY,"
### a/k/a "IRISH,"
### a/k/a "CONOR MURPHY,"

did knowingly and intentionally possess with intent to distribute 50 grams or more

of methamphetamine, a Schedule II controlled substance, and a quantity of heroin, a

Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTY-SEVEN

*Distribution of Controlled Substance (Hydrocodone)*
21 U.S.C. § 841(a)(1)

On or about August 2, 2018, in Effingham County, within the Southern

District of Georgia, the defendant,

### KIMBERLIN JOHNSON,

did knowingly and intentionally distribute a quantity of hydrocodone, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

82

## COUNT SEVENTY-EIGHT

*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine and Cocaine Base "Crack")*
21 U.S.C. § 841(a)(1)

On or about August 3, 2018, in Chatham County, within the Southern

District of Georgia, the defendant,

### DAVID RAHN,

did knowingly and intentionally possess with intent to distribute 50 grams or more

of methamphetamine, and a quantity of cocaine base ("crack"),  Schedule II  controlled

substances, and a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTY-NINE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about August 14, 2018, in Bryan County, within the Southern District of Georgia, the defendant,

### DEVON AINES,
### a/k/a "DEVON JOHNSON,"

then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting commerce, a firearm, to wit: an Armi Galesi Brescia .25 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT EIGHTY
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 14, 2018, in Bryan County, within the Southern District

of Georgia, the defendant,

## DEVON AINES,
## a/k/a "DEVON JOHNSON,"

having been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Armi

Galesi Brescia .25 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

85

## COUNT EIGHTY-ONE

*Possession with Intent to Distribute a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about August 14, 2018, in Bryan County, within the Southern District

of Georgia, the defendant,

### DEVON AINES,
### a/k/a "DEVON JOHNSON,"

did knowingly and intentionally possess with intent to distribute a quantity of

marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHTY-TWO
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 14, 2018, in Bryan County, within the Southern District

of Georgia, the defendant,

### DEVON AINES,
### a/k/a "DEVON JOHNSON,"

did knowingly possess a firearm in furtherance of at least one drug trafficking crime

for which he may be prosecuted in a court of the United States, to wit, Conspiracy to

Possess with Intent to Distribute and to Distribute a Controlled Substance, as

charged in Count One of this Indictment, and Possession of a Controlled Substance

with Intent to Distribute, as charged in Count Eighty-One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT EIGHTY-THREE

*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine and Heroin)*
21 U.S.C. § 841(a)(1)

On or about October 8, 2018, in Chatham County, within the Southern

District of Georgia, the defendant,

**PATRICK KENNALLY,**
**a/k/a "SHIFTY,"**

did knowingly and intentionally possess with intent to distribute 5 grams or more of

methamphetamine, a Schedule II controlled substance, and a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Eighty-Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction for any offense in violation of Title 21, United States Code set forth in this Indictment, Defendants:

DAVID MCCLOSKEY,
a/k/a "LARCHMONT,"
MIKE PENFIELD,
NICK PENFIELD,
a/k/a "PICNIC,"
CODY PENFIELD,
ADAM CUSHMAN,
a/k/a "CUSH,"
DEVON AINES,
a/k/a "DEVON JOHNSON,"
TREVOR AINES,
a/k/a "STICKS,"
AVERY WIGGINS,
TYLER SHUMAN,
AARON MCCARTHY,
a/k/a "MUSTANG AARON,"
DARREN J. DRIGGERS,
a/k/a "EBAY,"
a/k/a/ "DJ,"
CRYSTAL WILSON,
CODY EUBANKS,
ROBERT FULLER,
a/k/a "ROBBIE,"
BABY DWAYNE GARRISON,
JENNIFER J. GROOMS,

MARCUS LOGAN-GRECO,
BRANDON CHAPMAN,
RONALD A. SMITH,
KENNETH I. JENKS,
a/k/a "JUNO,"
DANIEL FLEMING,
a/k/a "BABY BOY,"
ANDREW P. CAMPOS,
a/k/a "CHUBS,"
RODNEY ROSE,
CODY TRACY,
a/k/a "COJACK,"
JOSHUA MCNELLY,
CYNTHIA MIRACLE,
DILLON MYRICK,
a/k/a "COUNTRY CRACK,"
AMBERLY KNIGHT,
a/k/a "TINA TINKER,"
KERI ANN-MARIE LEWIS,
WAYLON JESSE HODGES,
CHRISTINE LOGGINS,
WILLIAM FRANK DAVIS,
a/k/a "NITTY,"
JOSEPH BRITT CARTER,
a/k/a "CRACK,"
MAURICE L. GRAHAM,
a/k/a "MOE,"
MEAGAN M. JAMES,
a/k/a "MEAGAN M. COOKE,"
a/k/a "AMANDA GAIL PAGE,"
a/k/a "MJ,"
SHAWN HADDEN,
a/k/a "SHORTY,"
CHRISTOPHER HENDRIX,
a/k/a "HOT BOY,"
a/k/a "IRISH,"
a/k/a "CONOR MURPHY,"
ELIZABETH KITCHENS,
a/k/a "LIZ,"

**KERRI NEELY,**
**DAVID RAHN,**
**MIRANDA BURNSED,**
**a/k/a "MIRANDA HARRALSON,"**
**PATRICK KENNALLY,**
**a/k/a "SHIFTY," and**
**KIMBERLIN JOHNSON,**

Shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, the offense(s), including but not limited to all United States currency and vehicles used in the offenses.

Upon conviction of any offense alleged in this Indictment, the above named defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Sections 2461(c) any firearm and ammunition involved in that offense, including but not limited to

a.  Bersa Thunder .22 caliber s/n D97714
b.  Ruger .22 caliber pistol s/n 367-28068
c.  Taurus 9mm pistol s/n TK05989
d.  Springfield Armory 1911, .45 caliber s/n NM37298
e.  Taurus 9mm, s/n TJU19833
f.  Sccy, Model: CPX-2 9mm pistol s/n 141695
g.  Smith and Wesson .38 caliber revolver s/n BPK0680
h.  Mossberg .22 caliber rifle s/n EMH3865491
i.  Jiminez .380 pistol s/n 29186
j.  Taurus 9mm, obliterated serial number
m.  Beretta 9mm s/n M301772
n.  Taurus 9mm s/n TAN32297
o.  Heritage Rough Rider .22 caliber rifle
p.  Ruger, Model: 10/22, .22 caliber rifle,
    s/n: 240-70883 with a silenced barrel,
    S/N: S199647

91

    r.     Imperial, .22 Short caliber, revolver
    s.     Taurus 9mm pistol, s/n: TKO53989
    t.     Charter Arms .32 caliber revolver
    u.     Walther, Model: CCP, 9mm pistol
    v.     Smith and Wesson .38 caliber reovler
    w.    Winchester 12 Gauge Shotgun
    x.     Armi Galesi Brescia .25 caliber
         pistol

If any of the property described above, as a result of any act or

commission of the defendant:

    a.     cannot be located upon the exercise of due diligence;
    b.     has been transferred or sold to, or deposited with, a third party;
    c.     has been placed beyond the jurisdiction of the court;
    d.     has been substantially diminished in value; or
    e.     has been commingled with other property which cannot be
         divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28,

United States Code, Section 2461(c).

A True Bill.

Bobby L. Christine
United States Attorney

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

James C. Stuchell
Acting Appellate Chief

E. Greg Gilluly, Jr.
Assistant United States Attorney
Lead Counsel *

Frank Pennington
Assistant United States Attorney
Co-counsel*