| U. S. MAGISTRATE JUDGE JAMES E. GRAHAM | CASE BELOW CALLED FOR: |
|---|---|
| UNITED STATES COURTHOUSE | INITIAL APPEARANCE, |
| 52 NORTH MAIN STREET | ARRAIGNMENT AND DETENTION |
| STATESBORO, GEORGIA | HEARINGS |

## STATESBORO CRIMINAL CALENDAR

### MONDAY, NOVEMBER 26, 2018

### 10:00 A. M.

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
|---|---|---|---|

*INITIAL APPEARANCE AND ARRAIGNMENT*

| 4:18CR260 | DAVID MCCLOSKEY | CONSP PWID CONT SUBS | |
| | NICK PENFIELD | | |
| | CODY PENFIELD | | |
| | ADAM CUSHMAN | | |
| | DEVON AINES | | |
| | TREVOR AINES | | |
| | AVERY WIGGINS | | |
| | TYLER SHUMAN | | |
| | AARON MCCARTHY | | |
| | DARREN DRIGGERS | | |
| | CODY EUBANKS | | |
| | ROBERT FULLER | | |
| | BABY DWAYNE GARRISON | | |
| | MARCUS LOGAN-GRECO | | |
| | BRANDON CHAPMAN | | |
| | KENNETH JENKS | | |
| | DANIEL FLEMING | | |
| | ANDREW CAMPOS | | |
| | RODNEY ROSE | | |
| | CODY TRACY | | |
| | JOSHUA MCNELLY | | |
| | CYNTIAL MIRACLE | | |
| | DILLON MYRICK | | |
| | AMBERLY KNIGHT | | |
| | WAYLON JESSE HODGES | | |
| | CHRISTINE LOGGINS | | |
| | WILLIAM FRANK DAVIS | | |
| | JOSEPH BRITT CARTER | | |

  MAURICE L. GRAHAM
  MEAGAN M. JAMES
  SHAWN HADDEN
  CHRISTOPHER HENDRIX
  ELIZABETH KITCHENS
  DAVID RAHN
  MIRANDA BURNSED
  PATRICK KENNALLY
  KIMBERLIN JOHNSON

### *ARRAIGNMENT AND DETENTION HEARING*
  MIKE PENFIELD
  CRYSTAL WILSON
  JENNIFER J. GROOMS
  RONALD A. SMITH
  KERRI ANN-MARIE LEWIS
  KERRI NEELY

---

DISTRIBUTION DATE: NOVEMBER 16, 2018

---

U. S. MAGISTRATE JUDGE
U. S. ATTORNEY
U. S. MARSHAL
U. S. PROBATION
U. S. CLERK
COURT SECURITY