| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION | JUDGE: R. STAN BAKER DATE: 08-15-2019 |
|---|---|---|

**CRIMINAL CASE NO. CR 4:18-cr-260 (13)**
**UNITED STATES OF AMERICA VS. Cody Eubanks**

COURTROOM DEPUTY   Pam Hammock          COURT REPORTER   Sub for Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**          **ATTORNEY(S) FOR THE DEFENDANT:**

Greg Gilluly, AUSA                                         Cameron Kuhlman, appointed

U.S. PROBATION OFFICER:                           DEFENDANT SENTENCED ON COUNT(S)

Sarah Railling                                                Count 1, Lesser included offense, of the Indictment

[X] Presentence Report Reviewed In Full        Custody   90   Months B.O.P.
[X] Objections to Factual Basis                       Probation
[X] Objections To Guidelines Calculations       Supervised Release   3   Years
[ ] Probation Officer Testifies                          Special Conditions   as Ordered by the Court
[X] Changes Ordered in Factual Basis/Calculations   Fine $ none
[ ] No Changes Ordered                                  Restitution $ none
[X] Findings Of The Court                               Special Assessment $ 100
[ ] Factual Witnesses Testify                           To Be Paid   immediately
[X] Statements Of Counsel                             Community Service
[X] Statements By Defendant                         Facility Recommended   - no housing w/ GFG or co-defendants
[X] Sentence Pronounced                               Defendant Remanded To The USM   - Yes

**OTHER DIRECTIVES OF THE COURT**        Voluntary Surrender

[ ] Attach Statement of Reasons to the Judgment   To USM [X]   To Facility [ ]
[ ] Transcribe Statement of Reasons                  Dismissed Count(s)
[X] Appeal Rights of Defendant Explained        Plea Agreement Accepted and Ratified   - Yes
[ ] Appellate Disclosure Forms Provided          Departure From Guidelines   - Yes
[X] Notice of Counsel's Post-Conviction Obligations Provided   Upward   - No   Downward   - Yes

U.S. Deputy Marshal   M. Wilcox              Time   11:15   to   12:15   Total   01:00
Court Security Officer   T. O'Malley